# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **RAMON MONTES-CASTILLO,** ) <br> **MARTIN OBREGON-RODALLEGAS,** ) <br> **and MANUEL MONTES-CASTILLO,** ) <br> ) <br> **Defendants.** ) | Case No. 4:05CR0294 CEJ/TCM |

## ORDER AND REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY ORDERED** that the Motion of Defendant Ramon Montes-Castillo for Government Agents to Retain Rough Notes [Doc. 82] is **GRANTED** in part and **DENIED** in part..

**IT IS FURTHER ORDERED** that the Motion of Defendant Ramon Montes-Castillo for Discovery [Doc. 85] is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that the Motion of Defendant Ramon Montes-Castillo for Discovery of Rule 404(b) Evidence [Doc. 86] is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that the Motion of Defendant Ramon Montes-Castillo for Disclosure of Impeaching Information [Doc. 87] is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that the Motion of Defendant Ramon Montes-Castillo for Specific Kyles and Brady Information [Doc. 90] is **DENIED**.

**IT IS FINALLY ORDERED** that the Motion of Defendant Ramon Montes-Castillo for Pretrial Determination of Admissibility of Con-Conspirators' Statements [Doc. 83] is **DENIED**.

**IT IS HEREBY RECOMMENDED** that Motion of Ramon Montes-Castillo for Severance [Doc. 84] should be **DENIED**.

**IT IS HEREBY RECOMMENDED** that the Motions of Defendant Ramon Montes-Castillo to Suppress the Contents of Any Electronic Surveillance [Docs. 89, 118]; Defendant Martin Obergon-Rodallegas to Suppress Fruits of Illegal Electronic and Other Surveillance [Doc. 134]; and Defendant Manuel Montes-Castillo to Suppress Electronic Surveillance [Doc. 131] should be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendants' Motions to Suppress the electronic surveillance regarding the pen registers and trap and trace in § 2703 orders [Docs. 89, 118, 131, 134] should be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendants' Motions to Suppress Evidence, including videotaped surveillance, controlled purchases of illegal drugs, search warrants, vehicle searches, and consent searches [Docs. 129, 133] should be **DENIED**.

**IT IS FINALLY RECOMMENDED** that Defendants' Motions to Suppress Statements [Docs. 130, 133] should be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to

28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact. See **Thompson v. Nix**, 897 F.2d 356 (8th Cir. 1990).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of November, 2005.