UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:05-CR-294 CEJ |
| MARTIN OBREGON-RODALLEGAS, | ) |
| Defendant. | ) |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Thomas C. Mummert, III for determination and recommended disposition, where appropriate. On November 4, 2005, Judge Mummert issued a Memorandum and an Order and Report and Recommendation with respect to the disposition of the defendant's pretrial motions. No objections have been filed by the defendant, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III is **sustained, adopted, and incorporated herein**.

**IT IS FURTHER ORDERED** that the motions of defendant Martin Obregon-Rodallegas to suppress evidence and statements [Doc. #133] and to suppress fruits of illegal electronic and other surveillance [Doc. # 134] are **denied**.

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 7th day of December, 2005.